Randall G. Nelson
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT  59102
(406) 867-7000
(406) 867-0252 Fax
rgnelson@nelsonlawmontana.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| AD ADVERTISING DESIGN, INC., d/b/a AD CREATIVE, | ) ) ) | Cause No. CV-17-140-BLG-TJC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,** |
| SENTINEL INSURANCE COMPANY, LIMITED, | ) ) ) | **PURSUANT TO RULE 56, FED. R. CIV. P.** |
| Defendant. | ) ) ) | |

Plaintiff, A.D. Advertising Design, Inc., d/b/a AD Creative (hereafter "Ad Design"), by and through its attorneys, Nelson Law Firm, P.C., moves for summary judgment as to the existence of coverage for Ad Design's four losses denied by Sentinel.  This motion is based on the pleadings on file herein, the Statement of Stipulated Facts (ECF 13), the Policy (Exhibit A to Amended

Complaint (ECF 16), and supporting Affidavits filed herewith.

Opposing counsel have been contacted, and for unknown reasons, have not replied.  However, it is known that they oppose the motion.

DATED this 8th day of January, 2018.


/s/ Randall G. Nelson
Randall G. Nelson
NELSON LAW FIRM, P.C.
ATTORNEYS FOR PLAINTIFF

CV-17-140-BLG-TJC