IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AD ADVERTISING DESIGN, INC., d/b/a/ Ad Creative,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendant. | CV 17-140-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff has filed an Unopposed Motion for Extension of Time to respond to Defendant's Cross-Motion for Summary Judgment. (Doc. 53.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Accordingly, Plaintiff shall have until May 7, 2018 to file a response brief to Defendant's Cross-Motion for Summary Judgment.

DATED this 16th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge