IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AD ADVERTISING DESIGN, INC., d/b/a/ Ad Creative,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendant. | CV 17-140-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulated Motion to Dismiss With Prejudice (Doc. 48), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 10th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge